Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK R. Jaiman / E. Kaas RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: ______ hours ______ minutes

DATE: 9/9/2019 START TIME: 1:00 pm END TIME: 1:30

LUNCH RECESS FROM: ________ TO: ________

RECESS (if more than ½ hr) FROM: ________ TO: ________

CIVIL NO. 19-cv-99

Saad Sumra

vs

Amazon.com, Inc. et al

Theodore W. Heiser
Plaintiff's Counsel

Christopher M. Wasil
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- ☑ Motion hearing
- ☐ Evidentiary Hearing
- ☐ Miscellaneous Hearing
- ☐ Show Cause Hearing
- ☐ Judgment Debtor Exam

| | | | | |
|---|---|---|---|---|
| ☑ Def.....# 21 | Motion to Dismiss | ☑ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .....# ____ | Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ ..... | Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |
| ☐ .... | Oral Motion ____ | ☐ granted | ☐ denied | ☐ advisement |

☐ ..... ☐ Briefs(s) due ________ ☐ Proposed Findings due ________ Response due ________

| | | | |
|---|---|---|---|
| ☐ ........... | ____ | ☐ filed | ☐ docketed |
| ☐ ........... | ____ | ☐ filed | ☐ docketed |
| ☐ ........... | ____ | ☐ filed | ☐ docketed |
| ☐ ........... | ____ | ☐ filed | ☐ docketed |
| ☐ ............ | ____ | ☐ filed | ☐ docketed |
| ☐ ............ | ____ | ☐ filed | ☐ docketed |

☐ ........... ________ Hearing continued until ________ at ________

Notes: Doc. No. 21, Motion to Dismiss, granted without prejudice.