Civil- (Dec-2008)

HONORABLE: Stefan R. Underhill

DEPUTY CLERK R. Jaiman / J. Rosenberg RPTR/ECRO/TAPE Sharon Masse

TOTAL TIME: 0 hours 32 minutes

DATE: 02/19/2020 START TIME: 11:33 END TIME: 12:05

LUNCH RECESS FROM: ________ TO: ________

RECESS (if more than ½ hr) FROM: ________ TO: ________

CIVIL NO. 3:19-cv-99 (SRU)

Sumra

vs

Amazon.com, Inc., et al.

Theodore W. Heiser
Plaintiff's Counsel

Christopher M. Wasil
Defendant's Counsel

## COURTROOM MINUTES- CIVIL

- [x] Motion hearing
- [ ] Evidentiary Hearing
- [ ] Miscellaneous Hearing
- [ ] Show Cause Hearing
- [ ] Judgment Debtor Exam

| | | | | | |
|---|---|---|---|---|---|
| [x] | Doc.....# 37 | Motion to Dismiss Second Am. Compl. | [x] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .....# | Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | ..... | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | ..... | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | ..... | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |
| [ ] | .... | Oral Motion | [ ] granted | [ ] denied | [ ] advisement |

- [ ] ..... [ ] Briefs(s) due ________ [ ] Proposed Findings due ________ Response due ________
- [ ] ........... ________ [ ] filed [ ] docketed
- [ ] ........... ________ [ ] filed [ ] docketed
- [ ] ........... ________ [ ] filed [ ] docketed
- [ ] ........... ________ [ ] filed [ ] docketed
- [ ] ............ ________ [ ] filed [ ] docketed
- [ ] ............ ________ [ ] filed [ ] docketed
- [ ] ........... ________ Hearing continued until ________ at ________

Notes: The Defendants' motion to dismiss, doc. no. 37, was granted, as set forth on the record. This case is dismissed with prejudice.